IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ABDULLAH AL KARIM PLAINTIFF

v. Case No. 6:26-cv-6093

LT. JACKSON; SGT. WEINSTEIN;
WARDEN WHITE; CHAPLAIN
JEFFERY WITTING; ASST. DIRECTOR
JIM CHEECK; SERGEANT WADE;
and DIRECTOR CHRIS HONEY
(All of Omega Supervision Sanction Center) DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Judge Ford recommends that Plaintiff's Amended Complaint (ECF Nos. 14, 15) be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 16) *in toto.* Accordingly, Plaintiff's Amended Complaint (ECF Nos. 14, 15) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).

**IT IS SO ORDERED**, this 6th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge